ORIGINAL

SEALED
BY ORDER OF THE COURT

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Rebecca.Perlmutter@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 19 2018
at 2 o'clock and 45 min. P M.
SUE BEITIA, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR18 00101HG |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 1343] |
| NEIL KAUHI, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

## COUNT 1
Wire Fraud
(18 U.S.C. § 1343)

In or about July 2013, within the District of Hawaii and elsewhere, NEIL KAUHI, the defendant, did knowingly devise and intend to devise a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, as well as by omissions of material facts, well knowing at the time that such pretenses, representations, and promises would be and were false when made.

As part of the scheme to defraud:

1. KAUHI told K.K. false and fabricated stories about his personal wealth and success as an investor.

2. To induce K.K. to give KAUHI $20,000.00, KAUHI gave K.K. a signed promissory note dated July 9, 2013, which stated that KAUHI promised to return K.K.'s investment in a single payment of $25,000.00 plus interest on July 1, 2018, in "Silver American Eagle Dollar Coins."

3. KAUHI told K.K. that KAUHI would invest the $20,000.00 cashier's check that K.K. gave him in silver, but instead KAUHI spent K.K.'s money on KAUHI and his family's personal expenses, such as restaurants, entertainment, and retail purchases, without K.K.'s knowledge or authorization. KAUHI did not return the money to K.K. by July 1, 2018, when the promissory note came due.

2

## THE WIRE COMMUNICATION

On or about July 22, 2013, within the District of Hawaii and elsewhere, and for the purpose of executing the scheme and artifice to defraud, KAUHI did knowingly cause to be transmitted by means of wire communication in interstate commerce signals and sounds, namely the deposit of a $20,000.00 cashier's check from K.K. to KAUHI into KAUHI and KAUHI's wife's joint First Hawaiian Bank account ending in -9590.

All in violation of Title 18, United States Code, Section 1343.

## COUNTS 2-3
### Wire Fraud
### (18 U.S.C. § 1343)

From a precise date unknown, but by at least in or about October 2016 and continuing to in or about June 2018, within the District of Hawaii and elsewhere, NEIL KAUHI, the defendant, did knowingly devise and intend to devise a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, as well as by omissions of material facts, well knowing at the time that such pretenses, representations, and promises would be and were false when made.

As part of the scheme to defraud:

1. KAUHI told S.T. that KAUHI was a millionaire, successful businessman and investor by falsely indicating that he owned a luxury home in Kapolei, as well as by fabricating stories of his sales of jets to individuals in Saudi Arabia, involvement in a Canadian oil company, ownership and sale of hundreds of homes using home equity lines of credit (HELOCs), and investments in an American Samoa-based solar energy company, Company A.

2. From in or about October 2016 and continuing through January 2017, KAUHI showed S.T. Company A documents and told him to give KAUHI money to invest in Company A. Among other things, KAUHI falsely told S.T. that KAUHI had multiple individuals invest over $100,000.00 each into Company A.

3. In or about December 2016, to induce S.T. to give KAUHI money, KAUHI provided S.T. with a promissory note wherein KAUHI promised to pay S.T. $130,000.00 on July 1, 2017, in return on S.T.'s $100,000.00 investment in Company A.

4. From in or about December 2016 and continuing through January 2017, KAUHI sent S.T. text messages directing him to take out a HELOC on the home that S.T. owned by using the Hawaii State Federal Credit Union (HSFCU), where KAUHI and KAUHI's wife had a joint account. KAUHI also sent text

messages to S.T. seeking updates on the HELOC and instructing S.T. to send KAUHI the money from the HELOC "to finish up this solar bisiness [sic]."

5.  On or about January 27, 2017, KAUHI, KAUHI's wife, and S.T., met at the HSFCU, Millilani Mauka branch, where, at KAUHI's direction, S.T. transferred $95,000.00 from his HELOC to KAUHI and KAUHI's wife's joint personal account at the HSFCU, ending in -1743.

6.  On or about, March 2, 2017, at KAUHI's direction, S.T. transferred $5,000.00 from his HELOC to KAUHI and KAUHI's wife's joint personal account at the HSFCU, ending in -1743.

7.  Instead of investing S.T.'s money in Company A, KAUHI spent the money on KAUHI and his family's personal expenses and other investments, without S.T.'s knowledge or authorization.  KAUHI did not return any money to S.T. by July 1, 2017, when the promissory note came due.

8.  After S.T.'s investment came due, KAUHI sent S.T. texts and emails wherein KAUHI falsely reported what had happened to S.T.'s investment in Company A, when S.T. would get a return on his investment, KAUHI's involvement in Company A in falsely stating that KAUHI personally invested $1 million, and the status of KAUHI's own assets and business interests.

## THE WIRE COMMUNICATIONS

On or about the dates listed below, within the District of Hawaii and elsewhere, and for the purpose of executing the scheme and artifice to defraud, KAUHI did knowingly cause to be transmitted by means of wire communications in interstate commerce signals and sounds described below, with each communication constituting a separate count of this Indictment:

| Count | Date | Description of Wire Communication |
|---|---|---|
| 2 | 12/21/2017 | KAUHI sent S.T. a text message with a photograph of an unsigned promissory note for S.T.'s $100,000.00 investment |
| 3 | 4/9/2018 | KAUHI sent S.T. an email explaining the status of S.T.'s investment in Company A |

All in violation of Title 18, United States Code, Section 1343.

//

//

//

//

//

//

//

//

//

## FORFEITURE NOTICE

1. The allegations contained in Counts 1-3 are incorporated by reference for the purpose of noticing forfeitures pursuant to Title 28, United States Code, Section 2461(c).

2. The United States hereby gives notice to NEIL KAUHI, the defendant, that, upon conviction of the offenses charged in Counts 1-3 of this Indictment, the government will seek forfeiture, in accordance with Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C), of any and all property, real or personal, that constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1343, alleged in Counts 1-3 of this Indictment.

3. If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 herein:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America will be entitled to the forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: July 19, 2018, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
REBECCA A. PERLMUTTER
Assistant United States Attorney

United States v. Neil Kauhi
Indictment
Cr. No. _____